# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>         Plaintiff(s),<br><br>         v.<br><br>TRANSITIONS RECOVERY PROGRAM; JOHN DOES 1-10 and ABC CORP. 1-10,<br><br>         Defendant(s). | CIVIL ACTION NO.: 1:10-cv-03197 |

## ORDER GRANTING HORIZON BLUE CROSS BLUE SHILD'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**THIS MATTER** having come before the Court on the Motion for Partial Summary Judgment by Plaintiff Horizon Blue Cross Blue Shield of New Jersey, and upon consideration of the papers filed in support of and in opposition thereto, the Court finding that there is no genuine issue of material fact and for good cause shown;

**IT IS ON THIS** _____ day of _____, 2015, **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**;

**IT IS FURTHER ORDERED** that **JUDGMENT** in the amount of $1,694,286.00 which shall be trebled to $5,082,858.00, is entered in favor of Plaintiff Horizon Blue Cross Blue Shield of New Jersey and against Defendant Transitions Recovery Program on Plaintiff's claim for damages and treble

3408504-1

damages for violations of the New Jersey Insurance Fraud Prevention Act, N.J.S.A. 17:33A-1 to -30.

**IT IS FURTHER ORDERED** that Defendant shall pay treble damages for Plaintiff's reasonable investigation expenses, costs of suit and attorneys' fees pursuant to N.J.S.A. 17:33A-7.  Plaintiff shall submit a certification in support of an award of investigation expenses, attorneys' fees and costs of suit within ten (10) days of the date of this Order.  Defendant shall submit any opposition to the amount of fees and costs submitted by Plaintiff within ten (10) days of services of the certification filed by Plaintiff.

_____
Honorable Robert B. Kugler
United States District Court Judge

(  ) Opposed
(  ) Unopposed